IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                          ORDER

    v.

                                                                  08-cr-184-bbc

DANNY AMOS,

                Defendant.
_____

        On March 16, 2009 this court held an unscheduled, unrecorded telephonic status conference at the request of the attorneys.  Defendant Danny Amos did not participate personally but was represented by his newly appointed attorney Patrick Stangl.  The government was represented by Assistant United States Attorney Timothy O'Shea.

        Attorney Stangl requested relief from the schedule in order properly to pursue a forensic defense to the charge.  The government did not oppose this request.  Accordingly, the current schedule is striken.  We will replace it at a telephonic status conference set for March 31, 2009 at 1:30 p.m.  The government will arrange the conference call to chambers.

        Entered this 16th day of March, 2009.

                                                      BY THE COURT:

                                                    /s/

                                                    STEPHEN L. CROCKER
                                                    Magistrate Judge